UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GONZALEZ,

    Plaintiff(s),

 v.

MURPHY, et al.,

    Defendant(s).

NO. C05-847P

ORDER ON DEFENDANTS' CR 56(f) MOTION FOR CONTINUANCE

The above-entitled Court, having received and reviewed:

1. Defendants' CR 56(f) Motion

2. Plaintiffs' Response to Defendants' Motion to Continue

3. Defendants' Reply in Support of CR 56(f) Motion

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that the motion is GRANTED.

Plaintiffs' pending Motion for Partial Summary Judgment (Dkt. No. 26) is continued and shall be re-noted for the third Friday following the conclusion of the deposition of Defendant Officer Tyrrell. The Court bases this order on Defendants' representation that Officer Tyrrell will be back in the United States and available for deposition by mid-April 2006. The Court also assumes that all other discovery relevant to the pending motion will have been completed in advance of Officer Tyrrell's deposition.

The Court further notes that the trial date is currently set for September 25, 2006 and anticipates no need to alter that date based on the continuance of Plaintiffs' pending motion.

**ORDER ON**
**CR 56(f) MTN - 1**

1    The clerk is directed to provide copies of this order to all counsel of record.

2    Dated: December 7, 2005

*[signature]*

Marsha J. Pechman
U.S. District Judge

**ORDER ON**
**CR 56(f) MTN - 2**